IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br>ELLA MAE SIMPSON,<br><br>        Defendant.<br>                                                / | No. CR 11-0832 SI<br><br>**ORDER CONTINUING SENTENCING UNTIL DECEMBER 21, 2012** |

Defendant Ella Mae Simpson is scheduled to be sentenced on December 14, 2012. The sentencing is hereby **continued to December 21, 2012 at 11 a.m.**

**IT IS SO ORDERED.**

Dated: December 13, 2012

                                                    SUSAN HILLSTON<br>
                                                    United States District Judge