MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail:    denise.barton@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0832 SI |
|     Plaintiff, ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |
|     v. ) | |
| ELLA MAE SIMPSON, ) ) | |
|     Defendant. ) ) | |

      On December 13, 2012, the Court continued the sentencing date for defendant Ella Mae Simpson from December 14, 2012 to December 21, 2012.  Dkt. 142.  Counsel for the United States will be out of the District on December 21, 2012.  Defendant also has a previously-scheduled medical appointment on December 21, 2012.  *See* Dkt. No. 115.  To permit the United States to have counsel familiar with this matter at the Sentencing Hearing and for the defendant to attend her medical appointment, the parties agree and jointly request that Sentencing be continued until January 25, 2013.  That date is the first available date based on the Court's listed dates of unavailability and previously-set hearings on January 11, 2013 for

Stip and [Proposed] Order
CR 11-0832 SI

Government counsel and on January 18, 2013 for defense counsel.

The United States also advise the Court and the defendant that the United States will seek remand at Sentencing upon imposition of any sentence of incarceration. In prior filings and appearances, the defendant has referenced a December 21, 2012 medical procedure. *See* Dkt. No. 115. The defendant seeks to advise the Court that she will object to remand.

SO STIPULATED:

DATED: December 18, 2012                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney


                                            ____/s/_____
                                            DENISE MARIE BARTON
                                            Assistant U.S. Attorney


                                            ELLA MAE SIMPSON


                                            ___/s/_____
                                            BRENDAN HICKEY
                                            Counsel for Ella Mae Simpson


### [~~PROPOSED~~] ORDER

Upon Stipulation of the parties, good cause having been shown, the Court ORDERS that Sentencing in the above-captioned matter be continued to January 25, 2013 at 11:00 am.


_____
HONORABLE SUSAN ILLSTON
United States District Court Judge