United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>ELLA MAE SIMPSON,<br><br>    Defendant.<br>                                       / | No. CR 11-0832 SI<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL** |

On August 11, 2014, defendant Ella Mae Simpson, proceeding *pro se*, filed a motion for appointment of counsel. Docket No. 206. In the motion, defendant states that she is requesting counsel to assist her in determining whether she qualifies for a reduction in sentence under 18 U.S.C. § 3582(c)(2) based on Amendment 782 to the Sentencing Guidelines, which is set to take effect on November 1, 2014. *Id.*

Amendment 782 reduces by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in §§ 2D1.1 and 2D1.11. 79 Fed. Reg. 44973, 44973 (Aug. 1, 2014). Amendment 782 is available for retroactive application. *Id.* However, although Amendment 782 will take effect on November 1, 2014, a "court shall not order a reduced term of imprisonment based on Amendment 782 unless the effective date of the court's order is November 1, 2015, or later." *Id.* The Sentencing Commission concluded that this one-year delay in the effective date of any orders granting sentence reductions under Amendment 782 is needed "to give courts adequate time to obtain and review the information necessary to make an individualized determination in each case of whether a sentence reduction is appropriate." *Id.* at 44974. In light of this one-year delay, the Court concludes

that defendant's request for the appointment of counsel is premature at this time. Accordingly, the Court DENIES defendant's motion for the appointment of counsel without prejudice to defendant renewing her request on or after **August 1, 2015**.[1]

**IT IS SO ORDERED.**

Dated: August 12, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

[1] The Court's order does not express any conclusions or findings as to whether defendant is entitled to a reduction in sentence under 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 782.